IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RBS EXCAVATING, INC., and RONALD RENSING, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 05-cv-0631-MJR ) |
| HBD CONTRACTING, INC., | ) ) |
| Defendant. | ) |

**MEMORANDUM and ORDER**

**REAGAN, District Judge:**

On October 6, 2005, having obtained a Clerk's entry of default against Defendant HBD, Plaintiffs moved for default judgment under **FEDERAL RULE OF CIVIL PROCEDURE 55(b).** HBD then moved to set aside the entry of default. The Court denied that motion on November 2, 2005. At the conclusion of the November 2nd Order, the Court set the motion for default judgment for hearing November 22, 2005 and directed Plaintiffs' counsel to appear "and present evidence supporting his request that the Court enter judgment in Plaintiffs' favor for $82, 913.50."

The parties appeared at the November 22, 2005 hearing, presented testimony and introduced exhibits. At the conclusion of the hearing, the Court **GRANTED IN PART** and **DENIED IN PART** Plaintiffs' motion for default judgment (Doc. 6).

For the reasons explained on the record, the motion is <u>granted</u> as to the "retainage" amount only, and <u>denied</u> as to the other requested amounts.

Accordingly, the Clerk of Court now is **DIRECTED** to enter judgment in favor of Plaintiffs and against Defendant HBD in the amount of **$25,819.00**.

**IT IS SO ORDERED.**

**DATED this <u>23rd</u> day of November, 2005.**

<u>S/Michael J. Reagan</u>
**Michael J. Reagan**
**United States District Judge**